LEVERITT *v.* MCCURDY, receiver, *et al.*

ATKINSON, J. On the facts of this case the judge did not err in refusing to rescind his former order, and to require the receiver to pay into court the amount he had paid out under said order, and to grant authority to sue the receiver and his bondsman for such amount.

*Judgment affirmed. All the Justices concur, except Beck, P. J., absent for providential cause.*

No. 7695. FEBRUARY 11, 1931.

*F. L. Breen* and *G. G. Finch,* for plaintiff.
*D. C. Plaster* and *B. H. Burgess,* for defendants.